# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON A. WRIGHT,<br><br>　　　　　　Plaintiff,<br>　　　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. ED CV 12-726 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

DATE: February 4, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE