1   Young Cho
    Attorney at Law: 189870
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-8868
    E-mail: rohlfing.office@rohlfinglaw.com
5
    Attorneys for Plaintiff
6   Lavon A. Wright

7

8
                  **UNITED STATES DISTRICT COURT**
9
                  **CENTRAL DISTRICT OF CALIFORNIA**
10

11   LAVON A. WRIGHT,                    )   Case No.:  CV 12-726 MRW
                                         )
12                  Plaintiff,           )   [PROPOSED] ORDER AWARDING
                                         )   EQUAL ACCESS TO JUSTICE ACT
13          vs.                          )   ATTORNEY FEES AND EXPENSES
                                         )   PURSUANT TO 28 U.S.C. § 2412(d)
14   CAROLYN W. COLVIN, Acting           )
     Commissioner of Social Security,    )
15                                       )
                    Defendant            )
16                                       )
                                         )
17   _____ )

18          Based upon the parties' Stipulation for the Award and Payment of Equal

19   Access to Justice Act Fees, Costs, and Expenses:

20          IT IS ORDERED that fees and expenses in the amount of $3,300.00, as

21   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22   DATE:  March 22, 2013

23          _____
             THE HONORABLE MICHAEL R. WILNER
24           UNITED STATES MAGISTRATE JUDGE

25

26

                                      -1-